UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CHARLES GUNDLAH, JR.,<br>　　　　Plaintiff<br><br>v.<br><br>CHARLES REMICK, District Manager,<br>Vermont Department of Corrections,<br>　　　　Defendant | :<br>:<br>:<br>:　File No. 1:03-CV-309<br>:<br>:<br>:<br>: |

### ORDER

　　The Magistrate Judge's Report and Recommendation was filed June 3, 2005 (Paper 22).  After <u>de novo</u> review and absent timely objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  <u>See</u> 28 U.S.C. § 636(b)(1).  The plaintiff's motion to dismiss (Paper 20) is GRANTED, and this action is hereby DISMISSED without prejudice.  The defendant's motion for summary judgment (Paper 19) is DENIED as moot.

　　SO ORDERED.

　　Dated at Brattleboro, in the District of Vermont, this 23rd day of June, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ J. Garvan Murtha
　　　　　　　　　　　　　　　　　　　　J. Garvan Murtha
　　　　　　　　　　　　　　　　　　　　United States District Judge